Submit this form by e-mail to:
CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

FILED
2021 MAY 24  AM 10:36
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA V. | PLAINTIFF | CASE NUMBER: 2:21-mj-02521 |
|---|---|---|
| USMS# Scott Berkett | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on **5/21/2021** at **2:10** ☐ AM ☒ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   **1958 - Murder-For-Hire**

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: **1997**

8. Defendant has retained counsel:  ☐ No
   ☒ Yes  Name: **Blair Berk**   Phone Number: **310-748-4775**

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: **Caitlin Bowdler** (please print)

12. Office Phone Number: **310-477-6565**   13. Agency: **FBI**

14. Signature: _[signature]_   15. Date: **5/21/2021**

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION