

FILED
CLERK, U.S. DISTRICT COURT
MAY 24 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 2:21-mj-02521 |
| Scott Quinn Baskett, DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of _defendant_, IT IS ORDERED that a detention hearing is set for _Thursday_, _____, at _1:00_ ☐ a.m. / ☒ p.m. before the Honorable _Jacqueline Chooljian_, in Courtroom _750_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: _5/24/2021_

_____
U.S. District Judge/Magistrate Judge

---

CR-66 (10/97)     ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT