FILED
CLERK, U.S. DISTRICT COURT

MAY 24 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 21-MJ-02524 |
| v. Scott Bennett | |
| DEFENDANT(S). | DESIGNATION AND APPEARANCE OF COUNSEL |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint __Blair Bell__, Esquire, as my attorney to appear for me throughout all proceedings in this case.

__5/24/21__
Date

__Scott Bennett / EJ__
Defendant's Signature

__LA, CA__
City and State

## APPEARANCE OF COUNSEL

I, __Blair Bell__ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

__5/24/21__
Date

__/s/ Blair Bell__
Attorney's Signature

__#159087__
California State Bar Number

__Tarlow + Berk PC, 9119 Sunset Blvd__
Street Address

__Los Angeles, CA 90069__
City, State, Zip Code

__310-278-2111__
Telephone Number

_____
Fax Number

__blairberk@mac.com__
E-mail Address

CR-14 (01/07)                DESIGNATION AND APPEARANCE OF COUNSEL