CLERK, U.S. DISTRICT COURT
MAY 24 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 21-mj-02521 |
| Scott Berkett v. | |
| DEFENDANT(S). | DESIGNATION AND APPEARANCE OF COUNSEL |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint **Evan A. Jenness**, Esquire, as my attorney to appear for me throughout all proceedings in this case.

Date: 5/24/21

Defendant's Signature: Scott Berkett / EJ

City and State: LA, CA

## APPEARANCE OF COUNSEL

I, **Evan A. Jenness**, Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

Date: 5/24/21

California State Bar Number: 136822

Street Address: 777 S. Figueroa St., Ste 3800

City, State, Zip Code: LA, CA 90017

Telephone Number: 213 630 5088

Fax Number: 213 683 1225

E-mail Address: Evan@jennesslaw.com

CR-14 (01/07)   DESIGNATION AND APPEARANCE OF COUNSEL