EVAN A. JENNESS, ESQ. (SBN 136822)
LAW OFFICES OF EVAN A. JENNESS
777 S. FIGUEROA STREET, STE. 3800
LOS ANGELES, CA 90017
Tel. (213) 630-5088
Fax: (213) 683-1225
Email: evan@jennesslaw.com

BLAIR BERK, ESQ. (SBN 159087)
TARLOW & BERK PC
9119 SUNSET BLVD.
WEST HOLLYWOOD, CA 90069-3106
Tel. (310) 278-2111
Fax: (310) 550-7055
Email: blairberk@earthlink.net

Attorneys for Defendant Scott Berkett

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-mj-02521 |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF BAIL HEARING |
| v. | |
| JEFFREY QUINN BERKETT, | Date presently set: June 2, 2021 (1:00 p.m.) |
| Defendant. | Date requested: June 7, 2021 (1:00 p.m.) |

The parties hereby stipulate and agree, and request that the Court order that the bail hearing presently set for 1:00 p.m. on June 2, 2021, be continued to 1:00 p.m. on June 7, 2021.

The reasons for this request are that defense counsel has yet to confer with Scott Berkett since his initial appearance, due to quarantine and limited telephonic access, and is continuing to evaluate potential bail resources.

    Attorney Evan Jenness has conferred with Pretrial Services Officer Dalayna Ecklund, who is available.

    A Proposed Order is submitted herewith.

    IT IS SO STIPULATED.

Date:  June 1, 2021

                            Respectfully submitted,

                            LAW OFFICES OF EVAN A. JENNESS

                            /s/ Evan A. Jenness
                            _____
                            Evan A. Jenness

                            TARLOW & BERK, pc

                            /s/ with authorization.
                            _____
                            Blair Berk

                            Counsel for Scott Berkett


                            TRACY L. WILKISON,
                            Acting United States Attorney

                            SCOTT GARRINGER
                            Assistant United States Attorney
                            Chief, Criminal Division

                            /s/ with authorization.
                            _____
                            JOSEPH AXELRAD
                            Assistant United States Attorney

                            Attorneys for Plaintiff
                            UNITED STATES OF AMERICA