EVAN A. JENNESS, ESQ. (SBN 136822)
LAW OFFICES OF EVAN A. JENNESS
777 S. FIGUEROA STREET, STE. 3800
LOS ANGELES, CA 90017
Tel. (213) 630-5088
Fax: (213) 683-1225
Email:  evan@jennesslaw.com

BLAIR BERK, ESQ. (SBN 159087)
TARLOW & BERK PC
9119 SUNSET BLVD.
WEST HOLLYWOOD, CA 90069-3106
Tel.  (310) 278-2111
Fax: (310) 550-7055
Email: blairberk@earthlink.net

Attorneys for Defendant Scott Berkett

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-mj-02521 |
|---|---|
| Plaintiff, | ORDER CONTINUING BAIL HEARING |
| v. | |
| JEFFREY QUINN BERKETT, | Date presently set: June 2, 2021 (1:00 p.m.) |
| Defendant. | Date requested: June 7, 2021 (1:00 p.m.) |

Pursuant to the parties' stipulation, and for good cause shown, the bail hearing presently set for 1:00 p.m. on June 2, 2021, is hereby continued to 1:00 p.m. on June 7, 2021.

IT IS SO ORDERED.

June 2, 2021
DATE

/s/
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE

Presented by:

   /s/
EVAN A. JENNESS
Counsel for Defendant Scott Berkett