Case 2:21-cr-00292-MCS Document 20 Filed 06/22/21 Page 1 of 2 Page ID #:75

FILED
CLERK, U.S. DISTRICT COURT
06/22/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: DM DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SCOTT QUINN BERKETT,<br>　aka "Ula77,"<br><br>　　　　Defendant. | CR 2:21-cr-00292-MCS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1958(a): Use of Interstate Commerce Facilities in the Commission of Murder-For-Hire] |

The Grand Jury charges:

[18 U.S.C. § 1958(a)]

Beginning on an unknown date, but no later than on or about May 19, 2021, and continuing until May 21, 2021, in Los Angeles County, within the Central District of California, defendant SCOTT QUINN BERKETT, also known as "Ula77," knowingly used facilities of interstate and foreign commerce, specifically, a telephone and the Internet, with the intent that the murder of victim R.E. be committed

//

//

in violation of the laws of the States of Idaho and Arizona as consideration for the receipt of, and as consideration for a promise and agreement to pay anything of pecuniary value.

                                          A TRUE BILL

                                          _____/S/_____
                                          Foreperson

TRACY L. WILKISON
Acting United States Attorney

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOANNA M. CURTIS
Assistant United States Attorney
Chief, Violent & Organized Crime Section

JOSEPH D. AXELRAD
Assistant United States Attorney
Violent & Organized Crime Section