FILED

2021 JUN 24  AM 8: 20

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: | |
|---|---|---|---|
| v. | PLAINTIFF | | CR21-00292 |
| SCOTT QUINN BERKETT | | **REPORT COMMENCING CRIMINAL ACTION** | |
| USMS# 01029-506 | DEFENDANT | | |

TO:  CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest:  06/24/2021          11:00          ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   18 USC 1958 MURDER FOR HIRE

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language:

7. Year of Birth: 1997

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name:                          Phone Number:

9. Name of Pretrial Services Officer notified:  DUTY OFFICER

10. Remarks (if any):

11. Name:  KITH                          (please print)

12. Office Phone Number: 213-620-7676          13. Agency:  USMS

14. Signature:                          15. Date:  06/24/2021

CR-64 (05/18)          **REPORT COMMENCING CRIMINAL ACTION**