# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:21-CR-00292   Recorder: CS 06/24/2021   Date: 06/24/2021

Present: The Honorable <u>Alka Sagar</u>, U.S. Magistrate Judge

Court Clerk: <u>Alma Felix</u>   Assistant U.S. Attorney: <u>Joseph Axelrad by VTC</u>

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| SCOTT QUINN BERKETT CUSTODY-PRESENT BY VTC | EVAN A. JENNESS RETAINED BY VTC | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Deft is arraigned and states true name is the name on the charging document.

Defendant is given a copy of the Indictment and acknowledges having been read or having received a copy of the Indictment and waives the reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Mark C. Scarsi.
It is ordered that the following date(s) and time(s) are set:
   Jury Trial 08/17/2021 at 8:30 AM
Status Conference 08/09/2021 at 3:00 PM
Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Counsel are referred to the assigned judge's trial/discovery order located on the court's website, Judges' Procedures and Schedules.

First Appearance/Appointment of Counsel: <u>00 : 00</u>
PIA: <u>00 : 03</u>
Initials of Deputy Clerk: <u>AF by TRB</u>

cc: Statistics Clerk, PSALA USMLA