1

2

3

4          I am SCOTT QUINN BERKETT's attorney.  I have carefully discussed

5   every part of this stipulation and the continuance of the trial date

6   with my client.  I have fully informed my client of his Speedy Trial

7   rights.  To my knowledge, my client understands those rights and

8   agrees to waive them.  I believe that my client's decision to give up

9   the right to be brought to trial earlier than November 16, 2021 is an

10  informed and voluntary one.

11  _____          6/29/21
    EVAN JENNESS                         Date
12  BLAIR BERK
    Attorneys for Defendant
13  SCOTT QUINN BERKETT

14

15

16          I have read this stipulation and have carefully discussed it

17  with my attorney.  I understand my Speedy Trial rights.  I

18  voluntarily agree to the continuance of the trial date, and give up

19  my right to be brought to trial earlier than November 16, 2021.

20  _____          6/29/21
    SCOTT QUINN BERKETT                  Date
21  Defendant

22

23

24

25

26

27

28