TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JOSEPH D. AXELRAD (Cal. Bar No. 274580)
Assistant United States Attorneys
Violent & Organized Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-7964
    Facsimile: (213) 894-0141
    E-mail:   joseph.axelrad@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-292-MCS |
|---|---|
| Plaintiff, | JOINT DISCOVERY REPORT |
| v. | |
| SCOTT QUINN BERKETT, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Joseph D. Axelrad, and defendant Scott Quinn BERKETT ("defendant"), by and through his counsel of record, Evan Jenness and Blair Berk, hereby submit the following joint discovery report:

    1.    Defendant was charged by complaint on May 21, 2020.

    2.    The Indictment in this case was filed on June 22, 2021. Defendant first appeared before a judicial officer of the court in which the charges in the Indictment were pending on June 24, 2021.

    3.    Trial is currently set for November 16, 2021.

4.   On June 7 and 29, 2021, the government produced discovery to defendant, including numerous reports, images, and recordings.

5.   The government will be producing a next round of discovery including defendant's post-arrest interview statements, as well as assorted additional reports related to the investigation of this case.  The government will continue to produce discovery in this ongoing investigation.

Dated: July 8, 2021              Respectfully submitted,

                                 TRACY L. WILKISON
                                 Acting United States Attorney

                                 SCOTT M. GARRINGER
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                 */s/ Joseph Axelrad*
                                 JOSEPH D. AXELRAD
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA


Dated: July 8, 2021
                                 */s/ Evan Jenness by email authorization*
                                 EVAN JENNESS
                                 BLAIR BERK


                                 Attorneys for Defendant SCOTT QUINN BERKETT