Name & Address:
LAW OFFICES OF EVAN A. JENNESS
EVAN A. JENNESS (SBN 136822)
777 South Figueroa Street, Ste. 3800
Los Angeles, California 90017
Tel.: (213) 630-5088
Fax: (213) 683-1225
Evan@jennesslaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 21-cr-292-MCS |
| v. | |
| Scott Quinn Berkett | NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, |
| DEFENDANT. | (18 U.S.C. §3142) |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☐ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge  Jacqueline Chooljian

on  August 17, 2021  at  1:00  ☐ a.m. ☑ p.m.

in courtroom  via Zoom .

☐ is not approved.

☐ Other: _____

An interpreter is  ☐ required  ☑ is not required.  Language _____
Defendant is  ☑ in custody  ☐ not in custody.

Clerk, U. S. District Court

| August 13, 2021 | Kerri Hays | 213-894-2921 |
|---|---|---|
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation  ☐ Interpreter's Office  ☑ PSA.