# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>SCOTT QUINN BERKETT<br><br>DEFENDANT. | CASE NUMBER<br><br>CR21-292-MCS<br><br>NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION,<br>(18 U.S.C. §3142) |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge  Jacqueline Chooljian

on  August 25, 2021  at  1:00 p.m.  ☐ a.m. ☑ p.m.

in courtroom  750 .

☐ is not approved.

☐ Other: _____

An interpreter is ☐ required ☑ is not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

Clerk, U. S. District Court

| | | |
|---|---|---|
| August 17, 2021<br>Date | Kerri Hays<br>Deputy Clerk | 213-894-2921<br>Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation  ☐ Interpreter's Office  ☑ PSA