```
TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JOSEPH D. AXELRAD (Cal. Bar No. 274580)
Assistant United States Attorney
Violent & Organized Crime Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7964
     Facsimile: (213) 894-0141
     E-mail:    joseph.axelrad@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 21-00292-MCS |
|---|---|
| Plaintiff. | NOTICE OF LODGING OF JOINT STIPULATION TO CONTINUE TRIAL |
| v. | |
| SCOTT QUINN BERKETT, | |
| Defendant. | |

   Plaintiff United States of America, by and through its attorney of record, the United States Attorney's Office for the Central District of California and Assistant United States Attorney Joseph D. Axelrad, hereby lodges the parties' Joint Stipulation Regarding Request For (1) Continuance Of Trial Date And (2) Findings Of Excludable Time Periods Pursuant to Speedy Trial Act, attached hereto as Exhibit A.  During a review the the docket, the parties determined that the joint stipulation to continue the trial date from August 17, 2021, to November 16, 2021 (dkt. 30), erroneously contained only the defendant's signature page.  The Court granted the joint stipulation and continued the trial date to November 16,

2021.  (Dkt. 31.)  The government lodges the entirety of the joint stipulation as Exhibit A.

| | |
|---|---|
| Dated: August 19, 2021 | Respectfully submitted, |
| | TRACY L. WILKISON<br>Acting United States Attorney |
| | SCOTT M. GARRINGER<br>Assistant United States Attorney<br>Chief, Criminal Division |
| | */s/ Joseph Axelrad*<br>JOSEPH D. AXELRAD<br>Assistant United States Attorney |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |