EVAN A. JENNESS (SBN 136822)
LAW OFFICES OF EVAN A. JENNESS
777 South Figueroa Street, Ste. 3800
Los Angeles, California 90017
Tel.: (213) 630-5088
Fax: (213) 683-1225
Email:  evan@jennesslaw.com

BLAIR BERK (SBN 159087)
TARLOW & BERK
9119 Sunset Boulevard
Los Angeles, California 90069
Tel.: (310) 278-2111
Fax: (310) 550-7055
Email:  blairberk@tarlowberk.com

Attorneys for Defendant
Scott Berkett

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 21-cr-292-MCS (jc) |
| ) | |
| Plaintiff, ) | ORDER CONTINUING BAIL HEARING |
| ) | |
| v. ) | Old Date:  Aug. 25, 2021 (1:00 p.m.) |
| ) | New Date:  Aug. 31, 2021 (1:00 p.m.) |
| SCOTT BERKETT, ) | Courtroom:  Roybal - 750 |
| ) | Judge:  Hon. Jacqueline Chooljian |
| Defendant. ) | |

//

//

1

# ORDER

At the request of the defense and in order to permit defense counsel further time to confer with defendant Scott Berkett and to submit further briefing regarding the pending matter, it is HEREBY ORDERED that the bail hearing previously set for August 25, 2021 at 1:00 p.m. is hereby continued to August 31, 2021 at 1:00 p.m., via Zoom.

Dated:   August 25, 2021

_____
/s/
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE