FILED
CLERK, U.S. DISTRICT COURT

AUG 3 1 2021

CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-cr-292-MCS |
| Plaintiff, | ORDER DENYING DEFENDANT'S APPLICATION TO RECONSIDER ORDER DENYING PRETRIAL RELEASE |
| v. | |
| Scott Quinn Berkett, | |
| Defendant. | |

I.

This matter is before the court on defendant's application to reconsider the court's  6/7/21  order denying pretrial release and imposing detention pursuant to 18 U.S.C. § 3142(e) ("Defendant's Application").

The Government ( ) is (✓) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure defendant's appearance as required and the safety of any person or the community.

```
 1                              II.
 2   A.   (  )    The Court finds by a preponderance of the evidence
 3                that no condition or combination of conditions
 4                will reasonably assure the appearance of defendant
 5                as required;
 6   B.   (✓)    The Court finds by clear and convincing evidence
 7                that no condition or combination of conditions
 8                will reasonably assure the safety of any other
 9                person and the community.
10                              III.
11   The Court has considered:
12   A.   (✓) the nature and circumstances of the offense(s) charged;
13   B.   (✓) the weight of the evidence against defendant;
14   C.   (✓) the history and characteristics of defendant;
15   D.   (✓) the nature and seriousness of the danger to any person
16                or the community that would be posed by defendant's
17                release;
18   E.   (✓) the Pretrial Services Report/Recommendation;
19   F.   (✓) the evidence proffered/presented at the hearing;
20   G.   (✓) the written and oral arguments of counsel.
21                              IV.
22   The Court concludes:
23   A.   (✓) Defendant poses a risk to the safety of other persons
24                and the community based on: the instant offense
25   allegations; the weight of the evidence against defendant;
26   defendant's serious mental health issues - including
27   admission of multiple personalities, including a violent one;
28   the fact that defendant was able to conceal his alleged
     conduct from his parents while living with them, which
     suggests that the proposed bond which involves returning to
     the same residence would not mitigate the danger.
```

```
 1       B.   ( ) Defendant poses a serious flight risk based on: _____
 2            _____
 3            _____
 4            _____
 5       C.   ( ) A serious risk exists that defendant will:
 6            1.   ( ) obstruct or attempt to obstruct justice;
 7            2.   ( ) threaten, injure or intimidate a prospective
 8                     witness or juror or attempt to do so;
 9       based on: _____
10            _____
11            _____
12            _____
13       D.   ( ) Defendant has not rebutted by sufficient evidence to
14                the contrary the presumption provided in 18 U.S.C.
15                § 3142(e) that no condition or combination of
16                conditions will reasonably assure the safety of any
17                other person and the community;
18            and/or
19            ( ) Defendant has not rebutted by sufficient evidence to
20                the contrary the presumption provided in 18 U.S.C.
21                § 3142(e) that no condition or combination of
22                conditions will reasonably assure the appearance of
23                defendant as required.
24    IT IS ORDERED that Defendant's Application is denied and that
25 defendant be detained prior to trial.
26    IT IS FURTHER ORDERED that defendant be committed to the custody
27 of the Attorney General for confinement to a corrections facility
28
```

separate, to the extent practicable, from persons awaiting or serving sentences or persons held in custody pending appeal.

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with defendant's counsel.

IT IS FURTHER ORDERED that, on Order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED: 8/31/2021

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge