# EXHIBIT A



Get Tor Browser
Go to Ahmia.fi on Tor
search "Internet killers"
address should start: 35cunz
log in info should be:
User: Ula77
pass: 9164^%&&^wfejo
if this logs in:
cancel any "contracts"
Send message to admin saying:
"The person I wanted framed is behind bars, but now my client has stiffed me. Let them know he's not the right guy." or something to that effect.
Drop any apostrophes, so cant, wont, hes.
Misspellings are also fine.

email should be something to the effect of:
"Im sorry to inform so late on this, but I was hired to frame Mr. Berkett for the allegations in early April, framing him as Ula77 after stealing around 12000 in BTC before April 29, and after April 22," and citing not being paid as the reason for the admission

If no email was sent:
Send an email from secmail.pro claiming to have stolen the bitcoin from my Coinbase for a frame job the "hacker" wasn't paid for, having hijacked "Ula77" as part of the job. Total bitcoin in USD: ~$12,000

How to know it wasn't sent: If I send an email with the word spice, or any derivative (spiced, spices, spicy), it was done. If there's the word "marvelous", it wasn't done. In that case, the above is sent to:
berkettsemail@yahoo.com
joseph._____@____.gov
evan@jennesslaw.com
blairberk@tarlowberk.com

if part 1 is not possible, don't worry. Send me the all done phrase. Also, change the pass if you got in