# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING**

Case No. 2:21-cr-292-MCS            CourtSmart ZOOM 9-28-21            Date: September 28, 2021

Present: The Honorable Jacqueline Chooljian_____, U.S. Magistrate Judge

_____Kerri Hays_____        _____Joseph Axelrad_____        _____n/a_____
*Deputy Clerk*                          *Assistant U.S. Attorney*                *Interpreter / Language*

| USA v. Scott Quinn Berkett | Attorney Present for Defendant: |
|---|---|
| | Evan Jenness |
| ☑ Present  ☑ Custody  ☐ Bond  ☐ Not present | ☑ Present  ☐ CJA  ☑ Retd  ☐ DFPD  ☐ Not present |

**PROCEEDINGS: DETENTION HEARING**
☐ Government's request for detention is:  ☐ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED
☐ Witnesses CST (see separate list).        ☐ Exhibits Marked/Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
     ☐ See Receipt for Release of Exhibits to Counsel.
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☐ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $ _____.**    ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐ a.m. / ☐ p.m. in Courtroom _____ before Judge _____.
☐ Court orders case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____, in Courtroom _____ before Judge _____.
☐ Release Order Issued - Release No. _____.
☐ Other: _____

**PROCEEDINGS:**    ☑ REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING
                     ☐ NEBBIA HEARING

Hearing on ☐ Plaintiff's  ☑ Defendant's request for review / reconsideration of bail / detention order had and request is:
                     ☐ GRANTED  ☑ DENIED
Court ORDERS bail as to the above-named defendant  ☐ modified to  ☐ set at: $ _____
     ☐ SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.
☐ Bond previously set is ordered vacated.
☑ Court orders defendant permanently detained. See separate order.
☐ Court denies request for bail, defendant shall remain permanently detained as previously ordered.
☐ Witnesses CST (see separate list).        ☐ Exhibits Marked / Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
     ☐ See Receipt for Release of Exhibits to Counsel.
☐ Case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____ before Judge _____ in Courtroom _____.
☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.
☐ Other _____

Release Order Issued - Release No. _____        : 18
                                                                  Deputy Clerk Initials klh