UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-00292-MCS |
|---|---|
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT [DKT. 51] |
| SCOTT QUINN BERKETT, | |
| Defendant. | **NEW TRIAL DATE:**  March 15, 2022 |
| | **STATUS CONFERENCE DATE:** March 7, 2022 |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on October 20, 2021.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

1    The Court further finds that: (i) the ends of justice served by

2   the continuance outweigh the best interest of the public and

3   defendant in a speedy trial; (ii) failure to grant the continuance

4   would be likely to make a continuation of the proceeding impossible,

5   or result in a miscarriage of justice; and (iii) failure to grant the

6   continuance would unreasonably deny defendant continuity of counsel

7   and would deny defense counsel the reasonable time necessary for

8   effective preparation, taking into account the exercise of due

9   diligence.

10       THEREFORE, FOR GOOD CAUSE SHOWN:

11       1.   The trial in this matter is continued from November 16,

12   2021, to March 15, 2022 at 8:30 a.m. The status conference is

13   continued from November 8, 2021, to March 7, 2022 at 3:00 p.m.

14       2.   The time period of November 16, 2021, to March 15, 2022,

15   inclusive, is excluded in computing the time within which the trial

16   must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),

17   and (B)(iv).

18       3.   Nothing in this Order shall preclude a finding that other

19   provisions of the Speedy Trial Act dictate that additional time

20   periods are excluded from the period within which trial must

21   //

22   //

23

24

25

26

27

28

2

1  commence.   Moreover,  the  same  provisions  and/or  other  provisions  of

2  the  Speedy  Trial  Act  may  in  the  future  authorize  the  exclusion  of

3  additional  time  periods  from  the  period  within  which  trial  must

4  commence.

5      IT  IS  SO  ORDERED.

6

7   October 21, 2021
    DATE                                    HONORABLE  MARK  C.  SCARSI

8                                           UNITED  STATES  DISTRICT  JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3