TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JOSEPH D. AXELRAD (Cal. Bar No. 274580)
Assistant United States Attorney
Violent & Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7964
     Facsimile: (213) 894-0141
     E-mail:    joseph.axelrad@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. **See Attachment A** |
|---|---|
| Plaintiff, | NOTICE OF DEPARTURE FROM THE UNITED STATES ATTORNEY'S OFFICE; ATTACHMENT A |
| v. | |
| **See Attachment A**, | |
| Defendant. | |

Plaintiff, United States of America, hereby advises the court that Joseph D. Axelrad is departing the United States Attorney's Office, and all of the cases in Attachment A should have the contact information replaced with the generic USAO email used for docketing.

Dated: May 6, 2022                        Respectfully submitted,

                                          TRACY L. WILKISON
                                          United States Attorney

                                          SCOTT M. GARRINGER
                                          Assistant United States Attorney
                                          Chief, Criminal Division

                                           /s/ Joseph Axelrad
                                          JOSEPH D. AXELRAD
                                          Assistant United States Attorney

                                          Attorneys for Plaintiff
                                          UNITED STATES OF AMERICA

# ATTACHMENT A

| | |
|---|---|
| 1 | |
| 2 | 2:00-cr-01108-TJH-1 |
| | 2:01-cr-00570-R-1 |
| 3 | 2:07-cr-01331-FMO |
| | 2:08-cr-00284-AHM |
| 4 | 2:09-cr-00733-RGK-1 |
| | 2:10-cr-00096-ODW-1 |
| 5 | 2:10-cr-00313-JFW |
| | 2:10-cr-00861-PSG |
| 6 | 2:11-cr-00286-SJO-1 |
| | 2:11-cr-00286-SJO-2 |
| 7 | 2:12-cr-01206-R-1 |
| | 2:13-cr-00220-DMG |
| 8 | 2:13-cr-00390-DMG-1 |
| 9 | 2:13-cr-00484-CAS-1 |
| | 2:13-cr-00717-SJO-1 |
| 10 | 2:13-cr-00826-PA |
| | 2:14-cr-00074-DSF-1 |
| 11 | 2:14-cr-00328-CAS-1 |
| | 2:14-cr-00328-CAS-2 |
| 12 | 2:14-cr-00415-RGK-1 |
| 13 | 2:14-cr-00415-RGK-2 |
| | 2:14-cr-00426-JFW-1 |
| 14 | 2:14-cr-00457-PA-1 |
| | 2:14-cr-00498-JFW-1 |
| 15 | 2:14-cr-00564-PA-1 |
| | 2:14-cr-00564-PA-2 |
| 16 | 2:14-cr-00581-FMO-1 |
| 17 | 2:14-cr-00600-SVW-1 |
| | 2:14-cr-00642-GW-1 |
| 18 | 2:14-cr-00694-PA-1 |
| | 2:14-cr-00702-ODW-1 |
| 19 | 2:14-cr-00702-ODW-2 |
| | 2:14-cr-00702-ODW-3 |
| 20 | 2:14-cr-00713-PSG-1 |
| | 2:14-cr-00724-BRO-1 |
| 21 | 2:14-cv-07452-ODW |
| 22 | 2:14-mj-01986-DUTY-1 |
| | 2:14-mj-02126-DUTY-1 |
| 23 | 2:15-cr-00026-PA-1 |
| | 2:15-cr-00098-FMO-1 |
| 24 | 2:15-cr-00159-AB-1 |
| | 2:15-cr-00165-PSG |
| 25 | 2:15-cr-00296-JFW-1 |
| 26 | 2:15-cr-00311-PSG-1 |
| | 2:15-cr-00332-ODW-1 |
| 27 | 2:15-cr-00368-BRO-1 |
| | 2:15-cr-00386-FMO-1 |
| 28 | 2:15-cr-00410-ODW |

2:15-cr-00432-SVW
2:15-cr-00455-R-1
2:15-cr-00456-FMO-1
2:15-cr-00486-TJH-1
2:15-cr-00514-PA-1
2:15-cr-00532-SVW-1
2:15-cr-00532-SVW-2
2:15-cr-00577-DMG-1
2:15-cr-00662-ODW
2:15-cr-00676-R-1
2:15-cv-00552-JLS-JPR
2:15-cv-01267-AS
2:15-cv-04768-JLS-JC
2:15-cv-04997-GW
2:15-mj-00350-DUTY-1
2:15-mj-00467-DUTY-1
2:15-mj-00512-DUTY-1
2:15-mj-00512-DUTY-2
2:15-mj-00512-DUTY-3
2:15-mj-01295-DUTY-1
2:16-cr-00082-R-1
2:16-cr-00109-CAS-1
2:16-cr-00109-CAS-2
2:16-cr-00168-SJO-1
2:16-cr-00197-CAS-1
2:16-cr-00200-GW
2:16-cr-00209-GW-1
2:16-cr-00210-JAK-1
2:16-cr-00297-DMG-1
2:16-cr-00340-ODW-1
2:16-cr-00375-GW-1
2:16-cr-00378-CAS-AB-1
2:16-cr-00395-AB-1
2:16-cr-00436-RGK-1
2:16-cr-00449-JFW-1
2:16-cr-00449-JFW-2
2:16-cr-00461-SJO-1
2:16-cr-00469-AB-1
2:16-cr-00622-MWF-1
2:16-cr-00632-MWF-1
2:16-cr-00862-CAS-1
2:16-cv-06149-SVW
2:16-mj-00350-DUTY-1
2:16-mj-00350-DUTY-2
2:16-mj-00468-DUTY-1
2:16-mj-00468-DUTY-2
2:16-mj-00477-DUTY-1
2:16-mj-00598-DUTY-1
2:16-mj-00622-DUTY-1
2:16-mj-00641-DUTY-1

2:16-mj-00658-DUTY-1
2:16-mj-00914-DUTY-1
2:16-mj-00931-DUTY-1
2:16-mj-01005-DUTY-1
2:16-mj-01005-DUTY-2
2:16-mj-01030-DUTY-1
2:16-mj-01084-DUTY-1
2:16-mj-01139-DUTY-1
2:16-mj-01199-DUTY-1
2:16-mj-01199-DUTY-2
2:16-mj-01204-DUTY-1
2:16-mj-01222-DUTY-1
2:16-mj-01255-DUTY-1
2:16-mj-01255-DUTY-2
2:16-mj-01257-DUTY-1
2:16-mj-01298-DUTY-1
2:16-mj-02312-DUTY-1
2:17-cr-00008-CAS-1
2:17-cr-00348-DMG-1
2:17-cr-00377-FMO-1
2:17-cr-00377-FMO-2
2:17-cr-00393-MWF-1
2:17-cr-00393-MWF-2
2:17-cr-00393-MWF-3
2:17-cr-00393-MWF-4
2:17-cr-00414-SVW-1
2:17-cr-00414-SVW-2
2:17-mj-00756-DUTY-1 *SEALED*
2:17-mj-00761-DUTY-1 *SEALED*
2:17-mj-00912-DUTY-1 *SEALED*
2:17-mj-01081-DUTY-1 *SEALED*
2:17-mj-01128-DUTY-1 *SEALED*
2:17-mj-01193-DUTY-1 *SEALED*
2:17-mj-01248-DUTY-1 *SEALED*
2:17-mj-01249-DUTY-1 *SEALED*
2:17-mj-01394-DUTY-1 *SEALED*
2:17-mj-01395-DUTY-1 *SEALED*
2:17-mj-01420-DUTY-1 *SEALED*
2:17-mj-01429-DUTY-1 *SEALED*
2:17-mj-01437-DUTY-1
2:17-mj-01437-DUTY-2
2:17-mj-01473-DUTY-1 *SEALED*
2:17-mj-01756-DUTY-1 *SEALED*
2:17-mj-01789-DUTY-1 *SEALED*
2:17-mj-01947-DUTY-1 *SEALED*
2:17-mj-02000-DUTY-1 *SEALED*
2:17-mj-02001-DUTY-1 *SEALED*
2:17-mj-02050-DUTY-1 *SEALED*
2:17-mj-02171-DUTY-1 *SEALED*
2:17-mj-02246-DUTY-1 *SEALED*


```
2:17-mj-02301-DUTY-1 *SEALED*
2:17-mj-02392-DUTY-1 *SEALED*
2:17-mj-02408-DUTY-1 *SEALED*
2:17-mj-02421-DUTY-1 *SEALED*
2:17-mj-02527-DUTY-1 *SEALED*
2:17-mj-02528-DUTY-1 *SEALED*
2:17-mj-02565-DUTY-1 *SEALED*
2:17-mj-02636-DUTY-1 *SEALED*
2:17-mj-02812-DUTY-1 *SEALED*
2:17-mj-02930-DUTY-1 *SEALED*
2:17-mj-02932-DUTY-1 *SEALED*
2:17-mj-02933-DUTY-1
2:17-mj-03184-DUTY-1 *SEALED*
2:18-cr-00131-GW-1
2:18-cr-00205-PA-1
2:18-cr-00405-FMO-1
2:18-cr-00418-SJO-1
2:18-cr-00529-MWF
2:18-cr-00562-MWF-1
2:18-cr-00605-PSG-1
2:18-cr-00704-DMG-1
2:18-cr-00738-DMG-1
2:18-cr-00777-PA-1
2:18-cr-00778-PA-1
2:18-cr-00779-PA-1
2:18-cv-01486-GW-JC
2:18-cv-09449-RHW
2:18-mj-00013-DUTY-1 *SEALED*
2:18-mj-00035-DUTY-1 *SEALED*
2:18-mj-00036-DUTY-1 *SEALED*
2:18-mj-00052-DUTY-1
2:18-mj-00110-DUTY-1 *SEALED*
2:18-mj-00111-DUTY-1 *SEALED*
2:18-mj-00172-DUTY-1
2:18-mj-00286-DUTY-2 *SEALED*
2:18-mj-00296-DUTY-1 *SEALED*
2:18-mj-00637-DUTY-1
2:18-mj-00753-DUTY-1 *SEALED*
2:18-mj-01014-DUTY-1 *SEALED*
2:18-mj-01015-DUTY-1 *SEALED*
2:18-mj-01016-DUTY-1 *SEALED*
2:18-mj-01017-DUTY-1 *SEALED*
2:18-mj-01582-DUTY-1
2:18-mj-01754-DUTY-1 *SEALED*
2:18-mj-01760-DUTY-1 *SEALED*
2:18-mj-02053-DUTY-1 *SEALED*
2:18-mj-02054-DUTY-1 *SEALED*
2:18-mj-02071-DUTY-1 *SEALED*
2:18-mj-02079-DUTY-1 *SEALED*
2:18-mj-02983-DUTY
```

| | |
|---|---|
| 1 | 2:18-mj-02999-DUTY-1 |
| | 2:18-mj-03231-DUTY-1 *SEALED* |
| 2 | 2:18-mj-03232-DUTY-1 *SEALED* |
| | 2:18-mj-03330-DUTY-1 *SEALED* |
| 3 | 2:19-cr-00018-VAP |
| 4 | 2:19-cr-00149-JAK |
| | 2:19-cr-00166-VAP |
| 5 | 2:19-cr-00184-FMO-1 |
| | 2:19-cr-00242-JAK-1 |
| 6 | 2:19-cr-00244-DSF-1 |
| | 2:19-cr-00347-SVW |
| 7 | 2:19-cr-00348-SVW-1 |
| | 2:19-cr-00436-TJH |
| 8 | 2:19-cr-00515-VAP-1 |
| 9 | 2:19-cr-00576-PA-1 |
| | 2:19-cr-00635-FMO-1 |
| 10 | 2:19-cv-06867-CAS |
| | 2:19-mj-00575-DUTY-1 *SEALED* |
| 11 | 2:19-mj-00576-DUTY-1 *SEALED* |
| | 2:19-mj-01154-DUTY-1 *SEALED* |
| 12 | 2:19-mj-01252-DUTY-1 *SEALED* |
| 13 | 2:19-mj-02257-DUTY-1 *SEALED* |
| | 2:19-mj-02308-DUTY-1 *SEALED* |
| 14 | 2:19-mj-02309-DUTY-1 *SEALED* |
| | 2:19-mj-02310-DUTY-1 *SEALED* |
| 15 | 2:19-mj-02314-DUTY-1 *SEALED* |
| | 2:19-mj-02315-DUTY-1 *SEALED* |
| 16 | 2:19-mj-02612-DUTY-1 |
| 17 | 2:19-mj-02613-DUTY-1 |
| | 2:19-mj-02614-DUTY-1 *SEALED* |
| 18 | 2:19-mj-02615-DUTY-1 *SEALED* |
| | 2:19-mj-02668-DUTY-1 *SEALED* |
| 19 | 2:19-mj-02712-DUTY-1 |
| | 2:19-mj-02713-DUTY-1 |
| 20 | 2:19-mj-02964-DUTY |
| | 2:19-mj-03712-DUTY-1 *SEALED* |
| 21 | 2:19-mj-03889-DUTY-1 *SEALED* |
| | 2:19-mj-05086-DUTY-1 *SEALED* |
| 22 | 2:19-mj-05497-DUTY-1 *SEALED* |
| 23 | 2:20-cr-00019-SVW-1 |
| | 2:20-cr-00068-CJC-1 |
| 24 | 2:20-cr-00128-CJC |
| | 2:20-cr-00261-JAK-1 |
| 25 | 2:20-cr-00263-AB-1 |
| | 2:20-cr-00290-FMO |
| 26 | 2:20-cr-00292-ODW-1 |
| 27 | 2:20-cr-00293-AB-1 |
| | 2:20-cr-00331-RGK-1 |
| 28 | 2:20-mj-00476-DUTY-1 *SEALED* |
| | 2:20-mj-01079-DUTY-1 *SEALED* |

2:20-mj-01553-DUTY-1 *SEALED*
2:20-mj-01651-DUTY-1 *SEALED*
2:20-mj-01652-DUTY-1 *SEALED*
2:20-mj-01727-DUTY
2:20-mj-01759-DUTY-1 *SEALED*
2:20-mj-01774-DUTY-1 *SEALED*
2:20-mj-01908-DUTY-1
2:20-mj-01908-DUTY-2
2:20-mj-02503-DUTY-1 *SEALED*
2:20-mj-02538-DUTY-1 *SEALED*
2:20-mj-02540-DUTY-1 *SEALED*
2:20-mj-02602-DUTY-1 *SEALED*
2:20-mj-02934-DUTY-1 *SEALED*
2:20-mj-02979-DUTY-1
2:20-mj-03403-DUTY-1 *SEALED*
2:20-mj-03428-DUTY-1 *SEALED*
2:20-mj-03429-DUTY-1 *SEALED*
2:20-mj-03458-DUTY-1
2:20-mj-03460-DUTY-1
2:20-mj-03529-DUTY-1 *SEALED*
2:20-mj-03532-DUTY-1 *SEALED*
2:20-mj-03596-DUTY-1 *SEALED*
2:20-mj-03598-DUTY-1 *SEALED*
2:20-mj-05124-DUTY-1 *SEALED*
2:20-mj-05125-DUTY-1 *SEALED*
2:20-mj-05812-DUTY-1 *SEALED*
2:20-mj-05813-DUTY-1
2:20-mj-05814-DUTY-1 *SEALED*
2:20-mj-05816-DUTY-1 *SEALED*
2:20-mj-05817-DUTY-1 *SEALED*
2:20-mj-05824-DUTY
2:20-mj-06039-DUTY-1
2:20-mj-06097-DUTY-1 *SEALED*
2:20-mj-06098-DUTY-1 *SEALED*
2:21-cm-00274-PSG-1 *SEALED*
2:21-cr-00025-VAP-1
2:21-cr-00033-AB
2:21-cr-00058-JAK
2:21-cr-00256-JFW
2:21-cr-00292-MCS-1
2:21-cr-00296-JFW
2:21-cr-00297-JAK-1
2:21-cr-00305-MWF
2:21-mj-00286-DUTY-1 *SEALED*
2:21-mj-01069-DUTY-1
2:21-mj-01073-DUTY-1 *SEALED*
2:21-mj-01074-DUTY-1 *SEALED*
2:21-mj-01210-DUTY-1 *SEALED*
2:21-mj-01220-DUTY-1 *SEALED*
2:21-mj-01258-DUTY-1 *SEALED*

```
2:21-mj-01362-DUTY-1 *SEALED*
2:21-mj-01364-DUTY-1 *SEALED*
2:21-mj-01437-DUTY-1 *SEALED*
2:21-mj-01521-DUTY-1 *SEALED*
2:21-mj-01622-DUTY-1 *SEALED*
2:21-mj-01623-DUTY-1 *SEALED*
2:21-mj-01632-DUTY-1 *SEALED*
2:21-mj-01649-DUTY
2:21-mj-02150-DUTY-1 *SEALED*
2:21-mj-02153-DUTY-1 *SEALED*
2:21-mj-02313-DUTY
2:21-mj-02523-DUTY-1 *SEALED*
2:21-mj-02524-DUTY-1 *SEALED*
2:21-mj-02525-DUTY-1 *SEALED*
2:21-mj-02780-DUTY-1 *SEALED*
2:21-mj-03041-DUTY-1 *SEALED*
2:21-mj-03046-DUTY-1 *SEALED*
2:21-mj-03699-DUTY-1 *SEALED*
2:21-mj-03700-DUTY-1 *SEALED*
2:21-mj-03851-DUTY-1 *SEALED*
2:21-mj-03886-DUTY-1 *SEALED*
2:21-mj-03973-DUTY-1 *SEALED*
2:21-mj-04385-DUTY-1 *SEALED*
2:21-mj-04533-DUTY-1 *SEALED*
2:21-mj-04534-DUTY-1 *SEALED*
2:21-mj-04547-DUTY-1 *SEALED*
2:21-mj-04620-DUTY-1 *SEALED*
2:21-mj-04654-DUTY-1 *SEALED*
2:21-mj-04748-DUTY-1 *SEALED*
2:21-mj-05298-DUTY-1
2:21-mj-05299-DUTY-1
2:22-cr-00097-MWF-1
2:22-mj-00392-DUTY-1
2:22-mj-00498-DUTY-1
2:22-mj-00503-DUTY-1 *SEALED*
2:22-mj-00504-DUTY-1 *SEALED*
2:22-mj-00665-DUTY-1 *SEALED*
2:99-cr-00289-GHK-1
5:15-cv-02407-JFW-DTB
5:18-mj-00085-DUTY-1
5:18-mj-00200-DUTY-1 *SEALED*
5:20-mj-00639-DUTY
8:14-cr-00105-JVS-1
8:20-cr-00064-DOC
8:20-cr-00071-JLS
8:20-cr-00133-AB
```