EVAN A. JENNESS (SBN 136822)
777 South Figueroa Street, Ste. 3800
Los Angeles, California 90017
Tel.: (213) 630-5088
Email: evan@jennesslaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 19-cr-292-MCS |
| v. | |
| Scott Berkett | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

SCOTT BERKETT'S SENTENCING BRIEF; EXHIBITS

NOTICE OF UNOPPOSED EX PARTE APPLICATION, AND APPLICATION, TO FILE DEFENSE SENTENCING BRIEF UNDER SEAL; AND

[PROPOSED] ORDERS, IN THE ALTERNATIVE RE: UNOPPOSED EX PARTE APPLICATION TO FILE DEFENSE SENTENCING BRIEF; EXHIBITS.

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| August 22, 2022 | Evan A. Jenness |
|---|---|
| Date | Attorney Name |
| | Scott Berkett |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)          **NOTICE OF MANUAL FILING OR LODGING**