STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
KATHY YU (Cal. Bar No. 268210)
Assistant United States Attorneys
Violent and Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2431
     E-mail:    kathy.yu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-292-MCS |
|---|---|
| Plaintiff, | ~~[PROPOSED]~~ ORDER REGARDING EX PARTE APPLICATION TO FILE VICTIM IMPACT STATEMENTS UNDER SEAL |
| v. | |
| SCOTT QUINN BERKETT, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application, declaration, and under seal filing filed in connection with this order shall be sealed.

IT IS SO ORDERED.

August 22, 2022
 DATE

HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Kathy Yu
 KATHY YU
 Assistant United States Attorney