EVAN A. JENNESS (SBN 136822)
LAW OFFICES OF EVAN A. JENNESS
777 South Figueroa Street, Ste. 3800
Los Angeles, California 90017
Tel.: (213) 630-5088
Fax: (213) 683-1225
Email: evan@jennesslaw.com

BLAIR BERK (SBN 159087)
TARLOW & BERK
9119 Sunset Boulevard
Los Angeles, California 90069
Tel.: (310) 278-2111
Fax: (310) 550-7055
Email: blairberk@tarlowberk.com

Attorneys for Defendant
Scott Berkett



IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCOTT BERKETT, ) <br> ) <br> Defendant. ) | Case No. 21-cr-292-MCS <br><br> NOTICE OF UNOPPOSED *EX PARTE* APPLICATION, AND APPLICATION, TO FILE DEFENSE SENTENCING BRIEF *UNDER SEAL* <br><br> Hearing Date: September 12, 2022 <br> Hearing Time: 3:00 p.m. <br> Courtroom: First Street – 7C |

## NOTICE AND *EX PARTE* APPLICATION

Notice is hereby given, and the request made, for the accompanying brief, Scott Berkett's Sentencing Brief; Exhibits, to be filed *under seal* (but not *in camera*).

The reason for this application and request is that the brief references confidential mental health information, and other information of a highly personal nature, throughout.

The prosecution does not oppose this application.

[Proposed] Orders, in the Alternative are submitted herewith.

Dated:  August 22, 2022             LAW OFFICES OF EVAN JENNESS

                                    By:  */s/ Evan A. Jenness*

Dated:  August 22, 2022             TARLOW & BERK

                                    By:  */s/ Blair Berk*

                                    ATTORNEYS FOR DEFENDANT
                                    SCOTT BERKETT

# PROOF OF SERVICE

I, the undersigned, declare that I am a resident of Los Angeles County, California; that my business address is Law Offices of Evan A. Jenness, 777 S. Figueroa Street, Suite 3800, Los Angeles, California, 90017; that I am over the age of eighteen years; that I am not a party to the above-entitled action; and that I am a member of the Bars of the State of California and the United States District Court for the Central District of California, and that I served the NOTICE OF UNOPPOSED EX PARTE APPLICATION, AND APPLICATION, TO FILE DEFENSE SENTENCING BRIEF UNDER SEAL.

On August 22, 2022, following ordinary business practice, service was as follows:

[ ] By hand-delivery  
[ ] By facsimile  
[x] By e-mail  
[ ] Placed in a sealed envelope for collection and mailing via United States Mail

Addressed as follows:

SEE SERVICE LIST

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this proof of service is executed in Los Angeles, California, on August 22, 2022.

/s/ Evan A. Jenness  
Evan A. Jenness

**SERVICE LIST**

TRACY L. WILKISON                                    COUNSEL FOR USA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
KATHY YU (Cal. Bar No. 268210)
Assistant United States Attorney
312 North Spring Street, 13th Floor
Los Angeles, California 90012
E-mail: kathy.yu@usdoj.gov


ELYSE AVELAR
United States Probation Officer
United States Probation Office
255 East Temple Street
Los Angeles, California 90012
E-mail:  Elyse_Avelar@cacp.uscourts.gov