EVAN A. JENNESS (SBN 136822)
LAW OFFICES OF EVAN A. JENNESS
777 South Figueroa Street, Ste. 3800
Los Angeles, California 90017
Tel.: (213) 630-5088
Fax: (213) 683-1225
Email: evan@jennesslaw.com

BLAIR BERK (SBN 159087)
TARLOW & BERK
9119 Sunset Boulevard
Los Angeles, California 90069
Tel.: (310) 278-2111
Fax: (310) 550-7055
Email: blairberk@tarlowberk.com

Attorneys for Defendant
Scott Berkett

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 21-cr-292-MCS |
|---|---|
| Plaintiff, | [PROPOSED] ORDERS, IN THE ALTERNATIVE RE: UNOPPOSED *EX PARTE* APPLICATION TO FILE DEFENSE SENTENCING BRIEF; EXHIBITS *UNDER SEAL* |
| v. | |
| SCOTT BERKETT, | |
| Defendant. | Hearing Date: September 12, 2022<br>Hearing Time: 3:00 p.m.<br>Courtroom: First Street – 7C |

**[PROPOSED] ORDER GRANTING APPLICATION**

Good cause having been shown, it is hereby ordered that the lodged filing, Scott Berkett's Sentencing Brief; Exhibits, **shall** be filed *under seal*.

Dated: August 22, 2022

*/s/ Mark C. Scarsi*

HON. MARK C. SCARSI
UNITED STATES DISTRICT COURT JUDGE

# PROOF OF SERVICE

I, the undersigned, declare that I am a resident of Los Angeles County, California; that my business address is Law Offices of Evan A. Jenness, 777 S. Figueroa Street, Suite 3800, Los Angeles, California, 90017; that I am over the age of eighteen years; that I am not a party to the above-entitled action; and that I am a member of the Bars of the State of California and the United States District Court for the Central District of California, and that I served the [PROPOSED] ORDERS, IN THE ALTERNATIVE RE: UNOPPOSED *EX PARTE* APPLICATION TO FILE DEFENSE SENTENCING BRIEF; EXHIBITS *UNDER SEAL* On August 22, 2022, following ordinary business practice, service was as follows:

[ ] By hand-delivery
[ ] By facsimile
[x] By e-mail

[ ] Placed in a sealed envelope for collection and mailing via United States Mail

Addressed as follows:

SEE SERVICE LIST

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this proof of service is executed in Los Angeles, California, on August 22, 2022.

/s/ Evan A. Jenness
Evan A. Jenness

## SERVICE LIST

| | |
|---|---|
| TRACY L. WILKISON | COUNSEL FOR USA |
| United States Attorney | |
| SCOTT M. GARRINGER | |
| Assistant United States Attorney | |
| Chief, Criminal Division | |
| KATHY YU (Cal. Bar No. 268210) | |
| Assistant United States Attorney | |
| 312 North Spring Street, 13th Floor | |
| Los Angeles, California 90012 | |
| E-mail: kathy.yu@usdoj.gov | |

ELYSE AVELAR
United States Probation Officer
United States Probation Office
255 East Temple Street
Los Angeles, California 90012
E-mail:  Elyse_Avelar@cacp.uscourts.gov