# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| USA<br><br>Plaintiff(s),<br><br>v.<br><br>SCOTT QUINN BERKETT<br><br>Defendant(s). | 2:21-cr-00292-MCS |
| | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| __8/22/2022__ | __66__ | __Miscellaneous Document by USA__ |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

The document is accepted as filed.

Clerk, U.S. District Court

Dated: August 24, 2022            By: /s/ *Stephen Montes*
                                          Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*