**CERTIFICATE OF SERVICE**

I, **NANCY LUQUENO**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action; That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on **January 31, 2024,** I deposited in the United States mail at the United States Courthouse in the above-titled action, in an envelope bearing the requisite postage, a copy of:

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR SENTENCE REDUCTION PURSUANT TO AMENDMENT 821 TO THE UNITED STATES SENTENCING GUIDELINES (DKT. 83); [PROPOSED] ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)and MINUTE ORDER DKT. NO. 84**

service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

SCOTT QUINN BERKETT
REGISTER NUMBER: 01029-506
FCI TERMINAL ISLAND
FEDERAL CORRECTIONAL INSTITUTION
PO BOX 3007
SAN PEDRO, CA  90733
PRO SE

☐ By hand delivery, addressed as follows:

☐ By email as follows:

☐ By messenger, as follows:

☐ By Federal Express, as follows:

at his last known address, at which place there is a

delivery service by United States mail.

   This Certificate is executed on **January 31, 2024,** at Los

Angeles, California.  I certify under penalty of perjury that the

foregoing is true and correct.

                      NANCY LUQUENO
                      Legal Assistant