# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>Plaintiff(s),<br><br>v.<br><br>SCOTT QUINN BERKETT<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21−cr−00292−MCS<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __1/31/2024__

Document No.:  __86__

Title of Document:  __Proof of Service (subsequent documents) by plaintiff__

**ERROR(S) WITH DOCUMENT:**

Local Rule 11−3.8 title page is missing, incomplete, or incorrect.

No title page...MISSING LR−11−3.8 required filer, attorney, court and case information

Other:

**Note:**    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __February 1, 2024__         By:  __/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov__
                                                         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS