E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
KATHY YU (Cal. Bar No. 268210)
Assistant United States Attorney
Violent and Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2431
     E-mail:    kathy.yu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-292-MCS |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF LODGING |
| v. | |
| SCOTT QUINN BERKETT, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Kathy Yu, hereby files a letter received from inmate Mahsa Parviz (Reg. No. 54652-509) regarding defendant.

```
Dated: February 28, 2024          Respectfully submitted,

                                  E. MARTIN ESTRADA
                                  United States Attorney

                                  MACK E. JENKINS
                                  Assistant United States Attorney
                                  Chief, Criminal Division


                                        /s/
                                  _____
                                  KATHY YU
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA
```

Monday, 2/19/2024

In re: USA v. Berkett; #2:21-cr-00292-MCS-1

Dear Ms. Kathy Yu, Esq.,

I noticed the US Attorney's Office at 312 North Spring St, 12Th Fl, Los Angeles, CA 90012, email: USACAC.Criminal@usdoj.gov is listed as the lead attorney to be noticed in the above-numbered cause. I am writing you because of your designation as AUSA to be noticed in this matter.

I've been informed that the BOP (FDC Terminal Isl)and in San Pedro, CA) will release the defendant to a halfway house in Los Angeles, CA on or about April 16, 2024, which is less than 2 months away. Would you be willing to release the Defendant from BOP custody immediately? The Motion for Sentence Reduction was filed on 11/27/2023 (Dkt #83) & expedited consideration of this motion is warranted. Please take notice that the Defendant pled to 18 USC § 1958(a)( attempted use of interstate commerce in murder-for-hire, not a crack cocaine offense) & he is eligible for instant release under 18 USC § 3582(c)(2), Amendment 821 of Nov. 1st 2023 & USSG §§ 4C1.1 and 1B1.10(b)(1). Since you did not timely file & serve an Opposition as Ordered on 12/15/2023 (Dkt. #84), the Defendant should be released immediately. Please consider this informal resolution & respond via email to BPARVIZ@COLLIN.EDU.

Sincerely,
Mahsa Parviz #54652509

Via First class mail &  
Via email to USACAC.criminal@usdoj.gov &  
Via email to Kathy.Yu@usdoj.gov &  
Via email to usawaw.habeas@usdoj.gov

Monday, 2/19/2024

from BPARVIZ@COLLIN.EDU

Dear US Attorney's Office,

My name is Mahsa Parviz (DOB: 04/10/1992) & I'm writing regarding United States v. Mahsa Parviz (No. 2:21-cr-00293-SB in the Central Dist. of California) & the related 28 USC § 2241 habeas petition styled Mahsa Parviz v. Howard Barron and Colette Peters, in the Western District of Washington (No. 2:23-cv-01407-JHC-DWC). I am presently pro se; the AUSAs of record are all allowed to communicate with me directly.

The habeas petition was filed on 9/8/2023 & therein, I claim actual innocence of the underlying federal convictions, entitlement to 512 days credit under 18 USC § 3585; entitlement to ~310 days credit under the FSA, which brings me to immediate release from BOP custody. You defaulted on all my claims & failed to file a return as ordered on 01/09/24 (Dkt #16) within 30 days after service. I have not yet been released from BOP custody at FDC SeaTac in Seattle, WA. Please correspond with me via email at BPARVIZ@COLLIN.EDU. I'd prefer to resolve all issues informally instead of seeking a Motion for Civil Contempt Sanctions. My convictions were based upon a fraudulent affidavit of 12/3/2018; a copy

of which you can obtain from my sister, Dr. Maryam Parviz aka Dr. Maryam Farahmand, (972) (469) 831-1070, maryampk@gmail.com. I've been severely prejudiced as a result of the fraud on the Court & violations of my substantive due process rights & by the excess incarceration. Please release me immediately.

The Govt. is also in possession of my property that was seized as evidence on 07/12/2021 in relation to 2:21-cr-00293-SB. I have requested return of all property (the AUSA agreed to this on the record on 07/12/2022). The property consists of a Balmain tote bag w/ Valentino strap, Balenciaga wallet, 2 gold iPhones, diamond jewelry, 2 laptops, several suitcases full of designer clothing, jewelry & case files, and a 2021 white Jeep Wrangler. Will you please let me know when & where I can pick up all my property? I anticipate release to Los Angeles, CA immediately.

Thank you for your attention to this urgent matter & I look forward to hearing from you! You can also call me/my mother at (972) 375-1202.

Sincerely,

Mahsa Parviz

FEDERAL DETENTION CENTER
2425 SOUTH 200TH STREET
SEATAC, WA 98198

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

FEB 20



FEDERAL DETENTION CENTER
NAME: Mahsa Parviz
REG: 54652509  UNIT: DA
P.O. BOX 13900
SEATTLE, WA. 98198-1090

*urgent legal mail* *NOT for filing*

Ms. Kathy Yu, Esq.
US attorney's Office
312 North Spring St.,
Los Angeles, CA 90012

1/2 cu: 2:21-cr-06293-SB ; 2:23-cv-01407-JHC-DWC, etc.

SEATTLE WA 980
20 FEB 2024 PM 5 L

FEB 26 2024 12/14 floor