E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
KATHY YU (Cal. Bar No. 268210)
Assistant United States Attorney
Violent & Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2431
     Facsimile: (213) 894-3713
     E-mail:    kathy.yu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-292-MCS |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF LODGING OF CERTIFICATE OF SERVICE OF LETTER RECEIVED FROM INMATE |
| v. | |
| SCOTT QUINN BERKETT, | |
| Defendants. | |

     Please take notice that the government hereby lodges the

attached CERTIFICATE OF SERVICE OF LODGING OF LETTER RECEIVED FROM

INMATE, filed at Dkt. 88 on February 28, 2024, in the above-captioned

case.

Dated: February 28, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division


_____/s/_____
KATHY YU
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I, **NANCY LUQUENO**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action; That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on **Wednesday, February 28, 2024,** I deposited in the United States mail at the United States Courthouse in the above-titled action, in an envelope bearing the requisite postage, a copy of:
**NOTICE OF LODGING OF LETTER**

service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

SCOTT QUINN BERKETT
REGISTER NUMBER: 01029-506
FCI TERMINAL ISLAND
FEDERAL CORRECTIONAL INSTITUTION
PO BOX 3007
SAN PEDRO, CA  90733

☐ By hand delivery, addressed as follows:

☐ By email as follows:

☐ By messenger, as follows:

☐ By Federal Express, as follows:

at **her** last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on **February 28, 2024,** at Los Angeles, California.  I certify under penalty of perjury that the foregoing is true and correct.

 

 

 

 

_____

NANCY LUQUENO
Legal Assistant