Case 2:21-cr-00292-MCS Document 90 Filed 04/08/24 Page 1 of 1 Page ID #:508

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Central District of California

United States of America
v.
Scott Quinn Berkett

Case No: 2:21-cr-00292-MCS-1
USM No: 01029-506

Date of Original Judgment: 09/14/2022
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

N/A
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 09/14/2022 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 04/08/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Mark C. Scarsi, United States District Judge
*Printed name and title*