# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## OFFICE OF THE CLERK
## 255 EAST TEMPLE STREET, ROOM 180
## LOS ANGELES, CALIFORNIA 90012

### OFFICIAL BUSINESS

```
Case: 2:21cr292  Doc: 91




Scott Quinn Berkett REG01029-506
FCI TERMINAL ISLAND
P.O. BOX 3007
SAN PEDRO, CA 90731
```

```
-R-T-S-   907315559-1N        04/20/24

          RETURN TO SENDER
          UNABLE TO FORWARD
          UNABLE TO FORWARD
          RETURN TO SENDER
```

FILED
CLERK, U.S. DISTRICT COURT
APR 2 3 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ASH    DEPUTY

2:21cc292
MCS

RECEIVED
CLERK U.S. DISTRICT COURT
APR 2 3 2024
CENTRAL DISTRICT OF CALIFORNIA
BY    DEPUTY

3



Case: 2:21cr292  Doc: 91

Scott Quinn Berkett REG01029-506
FCI TERMINAL ISLAND
P.O. BOX 3007
SAN PEDRO, CA 90731

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<37704234@cacd.uscourts.gov>Subject:Activity in Case 2:21-cr-00292-MCS USA v. Berkett Order on Motion Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 4/8/2024 at 1:13 PM PDT and filed on 4/8/2024

| | |
|---|---|
| **Case Name:** | USA v. Berkett |
| **Case Number:** | 2:21-cr-00292-MCS |
| **Filer:** | |
| **Document Number:** | 91 |

**Docket Text:**
**ORDER RE: MOTION FOR SENTENCE REDUCTION as to Defendant Scott Quinn Berkett [83] by Judge Mark C. Scarsi: The motion for a sentence reduction is denied. The Court also denies Defendants request for appointment of counsel. (lc)**

**2:21-cr-00292-MCS-1 Notice has been electronically mailed to:**
Blair Berk    bberk@berkbrettler.com
US Attorney's Office    caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov
Kathy Yu    caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, kathy.yu@usdoj.gov
Evan A. Jenness    evan@jennesslaw.com
**2:21-cr-00292-MCS-1 Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**